# CASE ANNOUNCEMENTS

*January 29, 2010*

[Cite as *01/29/2010 Case Announcements*, 2010-Ohio-268.]

## MOTION AND PROCEDURAL RULINGS

**2009–2165.   State ex rel. Pollock v. Lillian & Betty Ratner School, Inc.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for redaction,

It is ordered by the court that the motion for redaction is granted, and counsel for relator shall come to the Supreme Court of Ohio Clerk's office and redact all personal identifiers, as defined by Rule 44(H) of the Rules of Superintendence for the Courts of Ohio, in this case within ten days of the date of this entry.

# CASE ANNOUNCEMENTS

*February 1, 2010*

[Cite as *02/01/2010 Case Announcements*, 2010-Ohio-283.]

## MOTION AND PROCEDURAL RULINGS

**2005–2364.   State v. Perez.**
Clark C.P. No. 03CR1010. This cause came on for further consideration of appellant's motion for stay of execution scheduled for March 2, 2010. Upon consideration thereof,

It is ordered by the court that the motion is granted.

It is further ordered by the court that this stay shall remain in effect until exhaustion of all state postconviction proceedings, including any appeals.

It is further ordered by the court that counsel for appellant and for appellee shall notify this court when all proceedings for postconviction relief before courts of this state have been exhausted.

# CASE ANNOUNCEMENTS

*February 1, 2010*

[Cite as *02/01/2010 Case Announcements #2*, 2010-Ohio-335.]

## MOTION AND PROCEDURAL RULINGS

**2001–0524.   State v. Brown.**
Mahoning App. No. 96 C.A. 56. This cause came on for further consideration of appellant's motion for stay of execution and supplemental motion for stay of execution scheduled for February 4, 2010. Upon consideration thereof,

It is ordered by the court that the motions for stay of execution are denied.